UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Davis,

Plaintiff,

v.

Reliant Energy - Minnegasco, a Division of Reliant Energy Resources Corporation, a Delaware Corporation,

Defendant.

Court File No. 00-CV-359 PAM/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that this action may be and is hereby dismissed with prejudice and without fees or costs to any of the parties to this action.

Dated: 11-20-00, 2000

NICHOLS, KASTER & ANDERSON

By: ______________________
Paul J. Lukas, #22084X
80 South Eighth Street, #4644
Minneapolis, Minnesota 55402

ATTORNEYS FOR PLAINTIFF

Dated: 11/21/00, 2000

FELHABER, LARSON, FENLON & VOGT, P.A.

By: ______________________
Paul J. Zech, #162450
Lee A. Lastovich, #239495
601 Second Avenue South, Suite 4200
Minneapolis, Minnesota 55402

ATTORNEYS FOR DEFENDANT

FILED NOV 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD NOV 22 2000
DEPUTY CLERK

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE, and without costs, disbursements or fees to either party.

IT IS SO ORDERED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: 11/22/00, 2000

Judge of District Court